UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00351 (HHK) |
| ) | |
| **UNITED STATES, et al.,** ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due May 9, 2008. Federal Defendants request to and including July 7, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint *pro se*, and brings this action against the United States Federal Aviation Administration, Norman Mineta, Marion Blakely, Keith S. May, Theressa D. Dunn, Michael Clark and Richard Buszek.[1]

Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

The process of determining whether such representation is necessary is underway. This is Federal Defendants first request for an extension.

---

1    By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

May 5, 2008               Respectfully submitted,

   /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th of May, 2008, the foregoing Motion to Enlarge Time to File and Answer or Other Response was served on Plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

Michael Trupei
Reg. No. 12743-004
McRae Correctional Institution
Route 1, Box 6AA
McRae, GA, 31055

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)