UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei,          )
                         )
         Plaintiff,      )
                         )
                         )
vs.                      )    Civil Action No.: 08-351(HHK)
                         )
                         )
UNITED STATES, et al.,   )
                         )
         Defendants.     )
_____)

MOTION TO STAY THIS CASE IN ABEYANCE UNTIL U.S. MARSHALS SERVICE SERVES S/A-FAA, RICHARD BUSZEK AND S/A-FAA MICHAEL CLARK A REQUIRED SUMMONSES AND A COPY OF THE COMPLAINT, **NOTARIZED**

Plaintiff, the Michael Trupei (Plaintiff) appearing specially and not generally and hereby respectfully moves this Honorable Court (Court) for an Order, directing U.S. Marshals Service to make its best effort to serve the S/A-FAA, Richard Buszek and S/A-FAA, Michael Clark (Defendants) with summonses and copies of the complaint. If not, then stay this case in abeyance until such time where Plaintiff may learn of Defendants' whereabouts and forward that information upon the U.S. Marshals Service for the purposes to execute the service on Defendants. Plaintiff states to wit:

**Facts:**

On May 16, 2008, this Court ordered "that Plaintiff provide[s] the full name and address" of the Defendants. (See exhibit-A, attached hereto). Plaintiff has no way of knowing about their addresses. As this Court surely knows or should have known that Plaintiff has been, since June 6th, 1989, in prison on one count of the Government's manufactured dry conspiracy with no overt act conviction under 21 U.S.C. § 846, as amended.

Plaintiff respectfully advises this Court that since both Defendants sought herein, have been employees by and through Defendant "Federal Aviation Administration" (FAA), an entity of the de facto United States 1871 or otherwise a federal corporation, means that U.S. Marshals Service should have been concentrating their effort to locate or establish Defendants' domicile, for the purposes to serve the summonses and copies of the complaint, upon the foregoing entity first.

Should the Defendants had retired from the FAA, they nevertheless receive, on a regular basis, their monthly retirement checks from the federal government (U.S. Treasury) thereby establishing their addresses where those checks were and/or are sent to, and surely their addresses could be revealed thereby. Or at the very least through the FAA itself, as the latter is reasonably in the best position of learning or give information about Defendants' addresses available to it. Therefore, this Court should advise U.S. Marshals Service upon that venue of search to learn about the Defendants' present day addresses, and not upon the Plaintiff, as he is not at liberty to do so.

Wherefore, Plaintiff prays that this Court directs U.S. Marshals Service to search for the Defendants' addresses at their erstwhile employment first, namely FAA or alternatively where the retirement checks are sent out on monthly basis to them. If not, then at the very least stay this cause in abeyance until Plaintiff is in position to find Defendants himself and forward that information upon U.S. Marshals Service so that it may serve summonses and copies of the complaint thereupon, and for such other and further relief as this Honorable Court deems just, equitable and proper.

Sworn to and subscribed
before me on this _6_, day of
_June_, 200_8_

_____
NOTARY PUBLIC
My Commission Expires: _____

Respectfully submitted,

_Michael Trupei_
Michael Trupei, pro se

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__MICHAEL TRUPEI__
Plaintiff(s)

vs

__UNITED STATES, ET AL__
Defendant(s)

Civil Action No. __08-351 (HHK)__

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

__RICHARD R. BUSZEK__     __MICHAEL CLARK__

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by __June 15, 2008__ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_Henry Kennedy, Jr._
UNITED STATES DISTRICT JUDGE

Rev. 1/01                                               EXHIBIT-A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI _____

vs.

UNITED STATES, ET AL _____

C.A. No. 08-351 (HHK)

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: _____

Defendant's address: _____

_____

Defendant's name: _____

Defendant's address: _____

_____

Defendant's name: _____

Defendant's address: _____

_____

Defendant's name: _____

Defendant's address: _____

_____

Defendant's name: _____

Defendant's address: _____

_____

Defendant's name: _____

EXHIBIT-A