UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |  |
|---|---|---|
| **MICHAEL TRUPEI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00351 (HHK) |
| | ) | |
| **UNITED STATES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME TO OPPOSE
PLAINTIFF'S MOTION TO STAY**

Federal Defendants respectfully request an enlargement of time to oppose Plaintiff's Motion to Stay. Federal Defendants' opposition is due on July 2, 2008. Federal Defendants request to and including July 15, 2008, to oppose Plaintiff's Motion to Stay. There are good reasons to grant Defendants' request.

 1. On June 9, 2008, Defendants filed a Motion for Reconsideration of Plaintiff's in forma pauperis status and a Motion to Stay pending resolution of Defendants' Motion for Reconsideration.[1]

 2. On June 18, 2008, Plaintiff filed a Motion to Stay pending service on certain Federal Defendants.

 3. Defendants seek this brief extension to oppose Plaintiff's motion due to the press of business. Furthermore, if the Court were to grant Defendants' Motion for Reconsideration, Plaintiff's Motion to Stay would be moot if he is unable to otherwise pay the filing fee in full.

---

 1   By way of their Motions for Reconsideration and to Stay, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

4.	Because Plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

July 1, 2008                                                           Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st of July, 2008, the foregoing Motion to Enlarge Time to Oppose Plaintiff's Motion to Stay was served on Plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

Michael Trupei
Reg. No. 12743-004
McRae Correctional Institution
Route 1, Box 6AA
McRae, GA, 31055

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)