UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>           Defendants. | Civil Action 08-0351 (HHK) |

**ORDER**

Before the court is Defendants' "Motion to Reconsider Order Granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*" [#10]. It is this 3rd day of July 2008, hereby

**ORDERED** that plaintiff shall file any opposition he may have to this motion on or before July 21, 2008 or the court may treat the motion as conceded. *See* LCvR 7(b).

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge