UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-00 )
Corrections Corporation of America (CCA) )
P.O. Drawer 30 )
McRae [31055] )
Georgia )
              )
          Plaintiff, ) Civil Action No.: 1-08-cv-00351(HHK)
              )
vs.           )
              )
UNITED STATES, et al., )
              )
          Defendants, )
_____ )

MOTION IN OPPOSITION TO DEFENDANTS' MOTION
TO RECONSIDER PLAINTIFF's IN forma pauperis
STATUS, **NOTARIZED**

COMES NOW, the Michael Trupei (Plaintiff) appearing specially and not generally, and hereby objects and/or in opposition to the UNITED STATES, et al's., (Defendants) Motion dated June 9, 2008, in this cause, wherein Defendants suggests that this Honorable Court (Court) reconsiders its Order dated and entered February 29, 2008, granting Plaintiff's Motion for Leave to Proceed in forma pauperis status under 28 U.S.C. § 1915(b)(1) allowing Plaintiff to proceed in forma pauperis ("IFP") status "because Plaintiff has at least three prior suits while incarcerated that were dismissed as frivolous, malicious, or failure to state a claim upon which relief may be granted."

Plaintiff objects to Defendants' assertion and respectfully submits that he does not have three (3) prior frivolous filings at all. In fact, Defendants err when they assert, in their pleading dated June 9, 2008, p. 3, that "Plaintiff has ran afoul of the PLRA's three strikes rule" and cite Trupei v. United States, Case No.: 07-60216 (S.D.F.June 14, 2007). That Order has been sua sponte reversed by the United States Court of Appeals for the Eleventh Circuit on June 12, 2008 (See exhibit-A, attached hereto).

RECEIVED
JUL 1 0 2008
Clerk, U.S. District and
Bankruptcy Courts

1 of 2

Similar assertion has also been set forth in <u>Trupei v. Department of the Navy</u>, Civil Action No.: 06-0978 (PLF), wherein in that action the Defendant likewise asserts "that Plaintiff is barred by the three strikes provision of the Prison Litigation Reform Act, (PLRA) which preclude a prisoner from proceeding in <u>forma pauperis</u> if he has; on 3 or more prior accasions, while incarcerated...brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous...." The Court held that "only one, however, shows a dismissal based on an enumerated ground, namely, failure to state a claim upon which relief may be granted." (<u>See</u> <u>exhibit-B</u>, attached hereto). If anything, it is the Defendants who frivolously misrepresenting the facts upon this Court to say the least.

WHEREFORE, Plaintiff hereby provides contrary indicia as to the Defendants' assertions and prays that this Court uphold its Order entered February 29, 2008, granting Plaintiff to proceed on "IFP" status, and for such other and further relief as this Honorable Court deem just, equitable and proper.

Respectfully Submitted,

_/s/ Michael Trupei_
Michael Trupei, <u>pro se</u>

### CERTIFICATE of SERVICE

I, Michael Trupei do hereby certify that this/my "Motion in Opposition..." has been on June 30th, 2008, forwarded via U.S. Mail, first class, upon the following:

United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.,
Wahington [20001]
District of Columbia

_/s/ Michael Trupei_
Michael Trupei, pro se

Sworn to and subscribed
before me on this 30, day of
June, 2008
_/s/ Notary_
NOTARY PUBLIC
My Commission Expires: Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15240-D

MICHAEL TRUPEI,

                                Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE, et al.,

                                Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

ORDER:

The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis. The district court denied in forma pauperis status, but failed to certify that the appeal was frivolous and not taken in good faith. The district court also did not assess a $455.00 appellate filing fee, as is now required under the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended).

However, appellant has consented to pay the $455.00 filing fee, using the partial payment plan described under 28 U.S.C. § 1915 (as amended) and has filed a motion for leave to proceed on appeal. Thus, the only remaining issue is whether the appeal is frivolous. See 28 U.S.C.

**EXHIBIT-A**

§ 1915(e)(2)(B)(i). This Court now finds that the appeal is not frivolous, and GRANTS leave to proceed.

/s/ Rosemary Barkett
UNITED STATES CIRCUIT JUDGE

**EXHIBIT-A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0978 (PLF) |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

In opposition to plaintiff's motion to proceed <u>in forma pauperis</u> on appeal, defendant suggests that plaintiff is barred by the three-strike provision of the Prison Litigation Reform Act, which precludes a prisoner from proceeding <u>in forma pauperis</u> if he

> has, on 3 or more prior occasions, while incarcerated . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Defendant has attached docket sheets of prior cases that "appear[] to constitute 'strikes' under the so-called '3-strikes' provision in Section 1915(g)." Def.'s Opp. at 1. Only one, however, shows a dismissal based on an enumerated ground, namely, failure to state a claim upon which relief may be granted. <u>See</u> Def.'s Ex. 1 at Dkt. No. 9.

Defendant has not satisfied its "burden of producing evidence showing the grounds for past dismissals," <u>Thompson v. Drug Enforcement Admin.</u>, 492 F.3d 428, 440 (D.C. Cir. 2007), and the Court declines defendant's invitation to exercise its discretion and deny

**EXHIBIT-B**

plaintiff's motion based on his litigious history. Having considered plaintiff's motion, the Court finds him to be indigent. Accordingly, it is

ORDERED that plaintiff's motion to proceed on appeal in forma pauperis [Dkt. No. 21] is GRANTED. The Clerk shall transmit this Order forthwith to the United States Court of Appeals for the District of Columbia Circuit.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: November 8, 2007             United States District Judge

**EXHIBIT-B**