UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-00351 (HHK) |
| **UNITED STATES, et al.,** | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STAY**

The United States of America et al. ("Defendants") hereby state the following in response to Plaintiff's Motion to Stay:

1. On June 16, 2008, Plaintiff filed a Motion to Stay proceedings to enable him to procure service on certain named Defendants, Roger R. Buzsek and Michael Clark.

2. Defendants do not adamantly oppose Plaintiff's motion except that Plaintiff should be given a finite amount of time to attempt to procure service on the yet to be served Defendants. For example, Defendants are not opposed to Plaintiff being afforded thirty (30) days to attempt to procure service.

3. The undersigned anticipates filing a dispositive motion on behalf of all Defendants in the near future depending on the outcome of pending motions.

4. However, Defendants believe that one dispositive motion on behalf of all Defendants best serves the interest of judicial economy and efficiency.

July 15, 2008                              Respectfully submitted,

                                                                          _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                                          _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                                          _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th of July, 2008, the foregoing Defendants' Response to Plaintiff's Motion to Stay was served on Plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

Michael Trupei
Reg. No. 12743-004
McRae Correctional Institution
Route 1, Box 6AA
McRae, GA, 31055

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)