UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL TRUPEI,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-00351 (HHK) |
| **UNITED STATES, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME TO REPLY PLAINTIFF'S OPPOSITION TO MOTION TO RECONSIDER PLAINTIFF'S *IFP* STATUS**

Federal Defendants respectfully request an enlargement of time to file a reply to Plaintiff's opposition to Defendants' Motion to Reconsider Plaintiff's *IFP* Status. Federal Defendants' reply is due on July 22, 2008. Federal Defendants request to and including July 28, 2008, to oppose Plaintiff's Motion to Stay. There are good reasons to grant Defendants' request.

1. The undersigned had been preparing for a trial in the matter of Whitney v. US, 07-1005 that was scheduled to commence on July 28, 2008, but only settled late last week.

2. In addition, the undersigned was assigned to emergent duty last week and a few issues arose that took precedence over the instant matter.

3. Defendants seek this brief extension to complete the reply, which is already in progress, as well as to confer with Agency Counsel and submit same for supervisory review and comment.

4. Because Plaintiff is, appearing here *pro se*, and does not list a telephone number

where he can be reached, Local Rule 7(m) does not apply.[1]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

July 21, 2008                               Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            _/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            _/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W., Room E4815
                                            Washington, D.C. 20530
                                            (202) 514-7431
                                            (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st of July, 2008, the foregoing Motion to Enlarge Time to Reply Plaintiff's opposition to Defendants' Motion for Reconsideration was served on Plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

>Michael Trupei
>Reg. No. 12743-004
>McRae Correctional Institution
>Route 1, Box 6AA
>McRae, GA, 31055

>/s/_____
>KENNETH ADEBONOJO
>Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)