To: Clerk of the Court
    United States District Court
    District of Columbia
    333 Constitution Ave., N.W.
    Washington [20001]
    District of Columbia

From: Michael Trupei, pro se
    R12743-004
    Corrections Corporation of America
    P.O. Drawer 30
    McRae [31055]
    Georgia

Re: Trupei v. United States, et al.,
    Case No.: 1-08-cv-00351(HHK)

July 17, 2008

Good Morning Clerk:

    This is in response to this Court's Order dated July 3rd, 2008, which Plaintiff receipted on July 17, 2008, in reference to Michael Trupei v. UNITED STATES, et al., Case No.: 1-08-cv-00351(HHK). Whereby the Court ordered that Plaintiff "shall file any opposition that he may have" to Defendants' "Motion to Reconsider Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis" (DKT #10).

    Plaintiff hereby informs that he already did so on June 30, 2008, entitled "Motion in Opposition to Defendants' Motion to Reconsider, Notarized" and supported with exhibits-A and B, attached thereto. That Motion has been received at the Clerk of this Court Office on July 10, 2008. (See exhibit-1, attached hereto).

    Finally, please find enclosed herewith a copy of this letter for the identification purposes. Please stamp it with your usual indicium and return it via self-addressed and prestamped envelope, also enclosed herein, to my attention.

    Plaintiff is confident that this letter suffices to this Court's Order dated July 3, 2008.

STATE of GEORGIA )
                   )
SS                )
                   )
COUNTY of TELFAIR )

Sincerely,

*[signature]*
Michael Trupei, pro se

All rights reserved under
Uniform Commercial Codes (UCC)
1-103 and UCC-1-207 prepared
and submitted without prejudice

Sworn to and subscribed
before me on this 18, day of
July, 2008

*[notary signature and seal]*
NOTARY PUBLIC
Commission Expires: _____

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009

RECEIVED
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-00 )
Corrections Corporation of America (CCA) )
P.O. Drawer 30 )
McRae [31055] )
Georgia )
            )
          Plaintiff, )  Civil Action No.: 1-08-cv-00351(HHK)
            )
vs. )
            )
UNITED STATES, et al., )
            )
          Defendants, )
_____)

MOTION IN OPPOSITION TO DEFENDANTS' MOTION
TO RECONSIDER PLAINTIFF's IN forma pauperis
STATUS, **NOTARIZED**

   COMES NOW, the Michael Trupei (Plaintiff) appearing specially and not generally, and hereby objects and/or in opposition to the UNITED STATES, et al's., (Defendants) Motion dated June 9, 2008, in this cause, wherein Defendants suggests that this Honorable Court (Court) reconsiders its Order dated and entered February 29, 2008, granting Plaintiff's Motion for Leave to Proceed in forma pauperis status under 28 U.S.C. § 1915(b)(1) allowing Plaintiff to proceed in forma pauperis ("IFP") status "because Plaintiff has at least three prior suits while incarcerated that were dismissed as frivolous, malicious, or failure to state a claim upon which relief may be granted."

   Plaintiff objects to Defendants' assertion and respectfully submits that he does not have three (3) prior frivolous filings at all. In fact, Defendants err when they assert, in their pleading dated June 9, 2008, p. 3, that "Plaintiff has ran afoul of the PLRA's three strikes rule" and cite Trupei v. United States, Case No.: 07-60216 (S.D.F.June 14, 2007). That Order has been sua sponte reversed by the United States Court of Appeals for the Eleventh Circuit on June 19, 2008. (See exhibit-A, attached hereto).    **EXHIBIT-1**

1 of 2