UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:08-cv-00351 (HHK) |
| **UNITED STATES, et al.,** | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants request to and including September 17, 2008, to file an answer or otherwise respond to the complaint. This request is supported by good cause.

    1.    Federal Defendants' answer is due September 8, 2008.

    2.    Although Defendants' answer or other response is substantially complete, the undersigned received some additional documents from the Agency only yesterday and the undersigned has not yet had an opportunity to review same to determine their relevancy.

    3.    The undersigned request the additional time in order to do so and to consult with Agency Counsel.

    4.    Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached,  Local Rule 7(m) does not apply and the undersigned have not made

efforts to contact him regarding this motion.[1]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

September 5, 2008                              Respectfully submitted,

                                               _/s/_____
                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                               United States Attorney

                                               _/s/_____
                                               RUDOLPH CONTRERAS, D.C. BAR # 434122
                                               Assistant United States Attorney

                                               _/s/_____
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               555 Fourth Street, N.W., Room E4815
                                               Washington, D.C. 20530
                                               (202) 514-7431
                                               (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th of September, 2008, the foregoing Motion to Enlarge Time to File and Answer or Other Response was served on Plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

Michael Trupei
Reg. No. 12743-004
McRae Correctional Institution
Route 1, Box 6AA
McRae, GA, 31055

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)